**538**

John Brent TARLTON, Jr., Petitioner-Appellant,

v.

J. J. CLARK, Warden, Respondent-Appellee.

No. 71–1679

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

July 2, 1971.

John Brent Tarlton, Jr., pro se.

John W. Stokes, Jr., U. S. Atty., E. Ray Taylor, Jr., Atlanta, Ga., for respondent-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

---

AXE–FILM, INC., et al., Plaintiffs-Appellants,

v.

The HERTZ CORPORATION et al., Defendants-Appellees.

No. 71–1054

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

July 13, 1971.

Jacob J. Meyer, Louis J. Dutrey, Clay, Coleman, Dutrey & Thomson, New Orleans, La., for plaintiffs-appellants.

Emile L. Turner, Jr., Turner & Skinner, New Orleans, La., for defendants-appellees.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.